IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-058 |
| | ) | |
| DARIUS VONTRELL COBB | ) | |

**O R D E R**

Presently before the Court is Defendant's pre-trial motion to preserve the record as to the race of each venireman at trial. (Doc. no. 11.) The government does not oppose the motion. (Doc. no. 15.) The Equal Protection clause forbids prosecutors from challenging potential jurors solely on account of their race, and because this information would be necessary for an appeal under <u>Batson</u>, the Court **GRANTS** the motion. (Doc. no. 11.) Accordingly, a motions hearing for Defendant is not necessary.

SO ORDERED this 26th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA